```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW JERSEY
_____
                              :
BRYAN AARON OSBORNE,          :
                              :
         Petitioner,          :   Civ. No. 20-20561 (NLH)
                              :
    v.                        :   MEMORANDUM OPINION & ORDER
                              :
                              :
DAVID E. ORTIZ,               :
                              :
         Respondent.          :
_____:
```

APPEARANCE:

Bryan Aaron Osborne
51896-424
Fort Dix Federal Correctional Institution
P.O. Box 2000
Joint Base MDL, NJ 08640

    Petitioner Pro se

Rachael A. Honig, Acting United States Attorney
Kristin Lynn Vassallo, Assistant U.S. Attorney
United States Attorney's Office for the District of New Jersey
970 Broad Street
Newark, NJ 07102

    Attorneys for Respondent

HILLMAN, District Judge

    WHEREAS, Petitioner Bryan Aaron Osborne filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, see ECF No. 1; and

    WHEREAS, the Court ordered Respondent to answer the petition on February 18, 2021, see ECF No. 6; and

WHEREAS, Respondent requests an extension until March 25, 2021 to submit its answer, ECF No. 9,

THEREFORE, IT IS on this  17th  day of March, 2021

ORDERED that Respondent's request for an extension, ECF No. 9, is granted.  The response is due March 25, 2021; and it is finally

ORDERED that the Clerk shall send Petitioner a copy of this Order by regular mail.


|  |  |
|---|---|
| At Camden, New Jersey | s/ Noel L. Hillman<br>NOEL L. HILLMAN, U.S.D.J. |